Date signed May 25, 2006



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

IN RE:                               :
                                     :
JENIFFER DIANE RABB                  :     Case No. 05-27049PM
                                     :             Chapter 13
         Debtor                      :
- - - - - - - - - - - - - - - - - - -:

## MEMORANDUM OF DECISION

This case is before the court on the Debtor's Motion to reopen her bankruptcy case under Chapter 13 that was dismissed on account of her failure to pay filing fees. The Motion is opposed by Mervyn A. Schwedt, the holder of more than one-third of the filed unsecured claims without priority. Following the dismissal of the case, the court denied the Motion to reconsider the Order dismissing the case because Debtor had failed to make all payments required under the Plan and was said to have failed to produce copies of her tax returns for the years 1999 through 2004.

At the time of filing this case, Debtor was not represented by counsel, possibly thinking because she had handled an earlier case under Chapter 7 without counsel that was filed April 15, 2002, and resulted in a discharge, that she was capable of doing it again. However, a second case filed by her under Chapter 13 was dismissed by Judge Keir following her failure to file a Chapter 13 Plan.

Considering all of the facts and circumstances presented, including the marshaling of various documents by counsel for the Debtor, the court will enter an order reopening the case under Chapter 13 and vacating the Order of dismissal.

cc:
Olili T. Omole, Esq., 6811 Kenilworth Avenue, Suite 500, Riverdale, MD 20737
Mervyn A. Schwedt, 10221 Norton Road, Potomac, MD 20854
Jeniffer Rabb, 135 Turkey Branch Pkwy, Rockville, MD 20853
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902

**End of Memorandum**